FILED '08 DEC 01 15:43 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| TIFFANY HITCHCOCK, | Civil No. 3:07-CV-1815-BR |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties it is hereby ORDERED that the above- captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- The ALJ will conduct a new hearing, further develop the record and issue a new decision;

- The ALJ will reevaluate and further develop the medical evidence or record from James Harris, M.D.;

- The ALJ will reevaluate Claimant's credibility;

- The ALJ will reevaluate Plaintiff's RFC as necessary, and

- The ALJ will reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, as necessary. In so doing, the ALJ will resolve any conflict

between the vocational expert's testimony and the Dictionary of Occupational Titles in accordance with SSR 00-4p.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this __1st__ day of __December__, 2008.

_____
UNITED STATES DISTRICT JUDGE


Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
(206) 615-2114
of Attorneys for Defendant