FILED'08 DEC 01 15:43usdc-orp

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| TIFFANY HITCHCOCK, | Civil No. 3:07-CV-1815-BR |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

The Court hereby enters the following Judgment:

This matter is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings, a new hearing, and a new decision pursuant to sentence four of 42 U.S.C. § 405(g) consistent with this Court's Order dated _December 1_, 2008.

DATED this _1st_ day of _December_, 2008.

_____
UNITED STATES DISTRICT JUDGE

Page 1    JUDGMENT - [3:07-CV-1815-BR]