WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'09 MAR 05 15:44 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TIFFANY HITCHCOCK,**　　　　　　　　　　　　　　　CV # 07-1815-BR

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　　　ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $5,900.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 2nd day of March, 2009.

_____
United States District Judge

Submitted on February 28, 2009 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1